CALOGERO GIAMPAOLO, Landlord, Respondent, *v.* ANTHONY ANATRA, Tenant, Appellant.

Supreme Court, Appellate Term, Second Department, May 26, 1948.

*Angelo A. Tumminelli* for appellant.

*Frank J. Pino* for respondent.

APPEAL from final order of the Municipal Court of the City of New York, Borough of Brooklyn (MARTUSCELLO, J.), entered April 16, 1948, in favor of landlord in summary proceedings to recover possession of housing accommodations because of tenant's failure to pay increased rentals.

Final order affirmed, with $8.33 costs to tenant.

Concur: MacCRATE, FENNELLY and COLDEN, JJ.